**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

_____

BERNARD HEINZ,

        Plaintiff,

        v.

DUBELL LUMBER CO.,

        Defendant.

_____

Civil No. 19-8778 (RBK/KMW)

**ORDER**

**KUGLER**, United States District Judge:

This matter comes before the Court upon Plaintiff Bernard Heinz's Motion for class certification (Doc. No. 6) and Motion for default judgment (Doc. No. 7); and for the reasons set forth in the accompanying Opinion of this date

**IT IS HEREBY ORDERED** that Plaintiff's Motion for class certification (Doc. No. 6) is **DENIED WITHOUT PREJUDICE** and his Motion for default judgment (Doc. No. 7) is **DENIED WITHOUT PREJUDICE**; Plaintiff may file a renewed motion for class certification or a renewed motion for default judgment on or before March 24, 2020.

Dated: 03/03/2020_____

/s/ Robert B. Kugler_____
ROBERT B. KUGLER
United States District Judge