IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| BERNARD HEINZ, | : | CIVIL No.: 1:19-cv-08778-RBK-KMW |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DUBELL LUMBER COMPANY, | : | |
| | : | |
| Defendants. | : | |

---

**RENEWED MOTION OF PLAINTIFF AND CLASS MEMBERS FOR DEFAULT JUDGMENT**

Class Representative, Bernard Heinz, and the Classes of similarly situated former employees of Defendant DuBell Lumber Company ("Defendant") terminated without sixty (60) days' advance written notice as required by the Worker Adjustment and Retraining Notification Act, 29 U.S.C. §2101 *et seq.* ("WARN Act") and the New Jersey Millville Dallas Airmotive Plant Job Loss Notification Act, N.J.S. § 34:21-1 *et seq.* ("New Jersey WARN Act"), hereby move before this Honorable Court for Default Judgment.

Plaintiff's arguments in support of this Motion are more fully explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated into this Motion by reference.

Respectfully submitted,

MURPHY LAW GROUP, LLC

 /s Michael Murphy
Michael Murphy, Esq.
Eight Penn Center, Suite 2000

                                1628 John F. Kennedy Blvd.
                                Philadelphia, PA 19103
                                TEL: (267) 273-1054
                                FAX: (215) 525-0210
                                murphy@phillyemploymentlawyer.com
                                *Attorneys for Plaintiff*

Dated: March 24, 2020

**CERTIFICATE OF SERVICE**

I, Michael Murphy, Esq., hereby certify that on March 24, 2020, caused a true and correct copy of the foregoing to be sent via first class mail to the following parties:

DuBell Lumber Company
c/o David Smith, Esq.
112 Moores Road, Suite 300
Malvern, PA 19355

DuBell Lumber Company
148 Route 70
Medford, NJ 08055

DuBell Lumber Company
c/o Chris DiMedio
3 Spring Oak Drive
Newtown, PA 18940

    /s/ Michael Murphy
    Michael Murphy, Esq.

Dated: March 24, 2020