<u>**NOT FOR PUBLICATION**</u>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| BERNARD HEINZ, | : | |
| Plaintiff, | : | Civil No. 19-8778 (RBK/KMW) |
| v. | : | **ORDER** |
| DUBELL LUMBER CO., | : | |
| Defendant. | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Class Certification (Doc. No. 11) and Motion for Default Judgment (Doc. No. 12); for the reasons expressed in the corresponding Opinion,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Class Certification is **GRANTED**, and Motion for Default Judgment is **DENIED** without prejudice.

Dated:  11/23/2020                                                                s/ Robert B. Kugler
                                                                                                ROBERT B. KUGLER
                                                                                                United States District Judge

1