NOT FOR PUBLICATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| BERNARD HEINZ, : <br> : <br> Plaintiff, : <br> : Civil No. 19-8778 (RBK/EAP) <br> v. : <br> : **ORDER** <br> DUBELL LUMBER CO., : <br> : <br> Defendant. : | |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Plaintiff Bernard Heinz's Motion for Default Judgment (ECF No. 22); for the reasons expressed in the corresponding Opinion of this date,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 22) is **DENIED without prejudice**.

Dated: 07/19/2022                                   /s/Robert B. Kugler
                                                                    ROBERT B. KUGLER
                                                                    United States District Judge

1